FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2021

No. 04-20-00494-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc.
d/b/a American Medical Home Health Services, American Medical Home Health Services San
Antonio, LLC, American Medical Hospice Care, LLC, American Medical Palliative Support,
LLC, Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH AGENCY, INC.** and Legacy Home Care Services, Inc. d/b/a All
Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable David A. Canales, Judge Presiding

## O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Appellants have filed their sixth and seventh notices of appeal and their sixth and seventh motions requesting this court to review further orders as part of this appeal. After consideration of the motion and appellees' response, the court orders as follows.

We GRANT the motion to review the trial court's July 28, 2021 "Order Denying Defendants' Cross Motion to Dissolve Injunctions." We also GRANT the motion to review the August 27, 2021 "Second Order Extending November 30, 2020 Modified Temporary Injunction" and the August 27, 2021 "Order Granting Plaintiffs' Emergency Motion to Extend Non-Compete Provisions of Temporary Injunction." *See* TEX. R. APP. P. 29.6(a)(2).

The parties are advised that leave will not be granted to brief any additional issues as a result of this order.

FILE COPY

It is so **ORDERED** September 14, 2021.

**PER CURIAM**

ATTESTED TO:
MICHAEL A. CRUZ,
CLERK OF COURT